1  HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLEY R. MARLER, | ) Case No: 2:11-cv-02630-CMK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND PROPOSED ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, June 25, 2012 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 20, 2012                               */s/SUNDEEP R. PATEL*
                                                    SUNDEEP R. PATEL
                                                    Special Assistant U.S. Attorney
                                                    Social Security Administration
                                                    Attorney for Defendant


Dated: April 20, 2012                               */s/HARVEY P. SACKETT*
                                                    HARVEY P. SACKETT
                                                    Attorney for Plaintiff
                                                    KELLEY R. MARLER


IT IS SO ORDERED.


**Date: 4/25/2012**


_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE


STIPULATION AND PROPOSED ORDER     2