1  HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| KELLEY R. MARLER, | ) Case No: 2:11-cv-02630-CMK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (60) days up through and including Monday, June 25, 2012 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: April 20, 2012                   /s/SUNDEEP R. PATEL
                                        SUNDEEP R. PATEL
                                        Special Assistant U.S. Attorney
                                        Social Security Administration
                                        Attorney for Defendant




Dated: April 20, 2012                   /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        KELLEY R. MARLER
```

IT IS SO ORDERED.

**Date:  4/25/2012**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER      2