HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| KELLEY R. MARLER, | ) | No.: 2:11-cv-02630-CMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER |
| | ) | FOR DISMISSAL |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

//

/

1
STIPULATION AND PROPOSED ORDER FOR DISMISSAL

BENJAMIN B. WAGNER
United States Attorney

Dated: June 19, 2012                    /s/SUNDEEP R. PATEL
                                         SUNDEEP R. PATEL
                                         Special Assistant U.S. Attorney
                                         Social Security Administration


Dated:  June 21, 2012                   /s/HARVEY P. SACKETT
                                         HARVEY P. SACKETT
                                         Attorney for Plaintiff
                                         KELLEY R. MARLER

IT IS SO ORDERED.

Dated:  June 21, 2012

                                         /s/  CRAIG M. KELLISON
                                         U.S. Magistrate Judge

2
STIPULATION AND PROPOSED ORDER FOR DISMISSAL